**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JEROME JUNIOR WASHINGTON, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 16-3424 |
| | : | CIVIL ACTION |
| LINK, SCI-GRATERFORD | : | |
| SUPERINTENDENT, MRS., et al., | : | |
| Defendants. | : | |

## **ORDER**

This 26th day of January 2018, for the reasons outlined in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Motion to Dismiss (ECF No. 17) is **GRANTED**. Plaintiff's Amended Complaint (ECF No. 8) is **DISMISSED**, without prejudice.

                                                                                 /s/ Gerald Austin McHugh
                                                            United States District Judge