# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEROME JUNIOR WASHINGTON** : : v. : : **LINK, ET AL.** : : | **CIVIL ACTION** No. 16-3424 |

## ORDER

This 14th day of October, 2020, upon consideration of Plaintiff's Motions to Compel Discovery dated January 16, 2020 (ECF No. 53) and October 1, 2020 (ECF No. 56), Plaintiff's Motion for Appointment of Counsel dated January 16, 2020 (ECF No. 51), Plaintiff's Motions for an Emergency Telephone Conference dated January 16, 2020 (ECF No. 52) and August 6, 2020 (ECF No. 55),[1] Plaintiff's Motion to Stop the Delay dated July 23, 2020 (ECF No. 54), and Plaintiff's Motion to Remove Judge Eduardo C. Robreno, Jr. from his position dated October 8, 2020 (ECF No. 57), it is hereby **ORDERED** that each of Plaintiffs' Motions are **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gerald Austin McHugh
United States District Judge

---

[1] Praecipe/Request treated as a motion