# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEROME JUNIOR WASHINGTON** : | |
| : | |
| v. : | **CIVIL ACTION NO. 16-3424** |
| : | |
| **LINK, SCI-GRATERFORD** : | |
| **SUPERINTENDENT, MRS., et al.** : | |

## ORDER

This 11th day of January, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment (ECF 88)[1] is **GRANTED**, and Plaintiff's Motion to Strike (ECF 102), Motion for Clarity (ECF 105), and Motion for Summary Judgment (ECF 108) are **DENIED.** The Clerk is requested to mark this case **closed** for statistical purposes.

/s/ Gerald Austin McHugh
United States District Judge

---

[1] As so characterized by this Court's Orders of April 13, 2023 (ECF 92 & 93).